No. 4,415.—STATE, RESPONDENT, *v.* WILL PERCY, APPELLANT.

*Appeal from District Court, Fergus County; Roy E. Ayers, Judge.*

Decided May 16, 1921.

PER CURIAM.—At the personal request of appellant that the appeal in the above-entitled cause be not prosecuted, it is dismissed.

*Mr. John A. Coleman,* for Appellant.

———

No. 4,862.—MONTANA GRAIN GROWERS, RESPONDENT, *v.* M. J. WEERSING, APPELLANT.

*Appeal from District Court, Cascade County.*

Decided May 16, 1921.

PER CURIAM.—On motion of respondent asking for the dismissal of the appeal herein on the ground of failure to file transcript, the appeal is dismissed.

*Mr. John W. Stanton,* for Respondent.

———

No. 4,836.—MONTANA GRAIN GROWERS, RESPONDENT, *v.* B. A. SCOLLARD, APPELLANT.

*Appeal from District Court, Cascade County.*

Decided May 20, 1921.

PER CURIAM.—On motion of respondent to dismiss the appeal herein because an undertaking on appeal has not been filed, the appeal is dismissed.

*Mr. John W. Stanton,* for Respondent.